IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JESSICA LYNN GARCIA, INDIVIDUALLY AND FOR THE BENEFIT OF ALL WRONGFUL DEATH BENIFICIARIES AND AS REPRESENTATIVE OF THE ESTATE OF SUSAN VANESSA ESPARZA, DECEASED, and MARIA GRACIELA OVALLE, | § § § § § § § § | |
| Plaintiffs, | § § | CASE NO. 5:22-CV-00911-XR |
| VS. | § § § | |
| HOVEROUND CORPORATION and CURTISS-WRIGHT CORPORATION, | § § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DOCUMENTARY EVIDENCE AND ARGUMENT IN RESPONSE TO DEFENDANT CURTISS-WRIGHT CONTROLS INTEGRATED SENSING, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12 [DKT. 21]**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, JESSICA LYNN GARCIA, INDIVIDUALLY AND FOR THE BENEFIT OF ALL WRONGFUL DEATH BENEFICIARIES AND AS REPRESENTATIVE OF THE ESTATE OF SUSAN VANESSA ESPARZA, DECEASED, and MARIA GRACIELA OVALLE, ("Plaintiffs"), by and through counsel of record, and moves this Honorable Court for leave to file supplemental documentary evidence and argument in response to Defendant Curtiss-Wright Controls Integrated Sensing, Inc.'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12[1] and respectfully shows the Court the following:

Defendant Curtiss-Wright Controls Integrated Sensing, Inc.'s (hereafter Defendant

---

[1] [Dkt. 21].

Curtiss-Wright Controls") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12 has been fully briefed.[2] After Defendant Curtiss-Wright Controls filed its motion to dismiss, its parent/holding company Curtiss-Wright Corporation filed its own Motion for Summary Judgment.[3] In responding to that motion, Plaintiffs discovered additional evidence which could impact the Court's analysis in deciding Curtiss-Wright Controls' motion to dismiss. For that reason, Plaintiffs respectfully seek leave to submit supplemental documentary evidence and argument used in responding to Curtiss-Wright Corporation's Motion for Summary Judgment in response to its subsidiary/segment's Motion to Dismiss.

Plaintiffs attempted to confer via email with counsel for Defendant Curtiss-Wright Controls Integrated Sensing, Inc., but were unable to do so prior to filing this motion. It is unknown whether they oppose this motion for leave to submit additional documentary evidence and argument.

Dated:  January 13, 2023

Respectfully submitted,

**TOSCANO LAW FIRM, PC**
846 Culebra Road, Suite 104
San Antonio, TX 78201
(210) 732-6091
(210) 736-0439 fax
toscanolawfirm@gmail.com

BY:     /s/ Patrick J. Toscano
     PATRICK J. TOSCANO
     State Bar Number:  24025684

AND

**GEOFFREY NEIL COURTNEY**
Attorney at Law
Riverview Towers
111 Soledad St., Ste. 540

---

[2] [Dkts. 21, 25 and 30].
[3] [Dkt. 24].

San Antonio, TX 78205
(210) 227-7121
(210) 227-0732 fax
GNCourtney@GNCourtney.com

BY:   /s/ Geoffrey N. Courtney
     GEOFFREY N. COURTNEY
     State Bar Number:  00790514

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed and served to the following counsel of record on this 13th day of January, 2023.

Mr. Daniel J. Madden
Ms. Nicole Feragen
FOX ROTHSCHILD, LLP
Saint Ann Court
2501 N. Harwood Street, Suite 1800
Dallas, Texas 75201
**Attorneys for Defendant**
    **Hoveround Corporation**

Mr. Trek Doyle
Mr. Ryan Cantu
DOYLE & SEELBACH PLLC
7700 W. Highway 71, Suite 250
Austin, Texas 78735
**Attorneys for Defendants**
    **Curtiss-Wright Corporation and**
    **Curtiss-Wright Controls Integrated Sensing, Inc.**

       /s/ Patrick J. Toscano
       PATRICK J. TOSCANO

### CERTIFICATE OF CONFERENCE

On January 13, 2023, I attempted to confer with Ryan Cantu via email but was unable to do so prior to filing this motion. It is unknown whether Defendant Curtiss-Wright Controls Integrated Sensing, Inc. is or is not opposed to the relief sought in this motion for leave.

       /s/ Patrick J. Toscano
       PATRICK J. TOSCANO